1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JENNIFER A. TOLKOFF (CABN 287945)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340-S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Facsimile:  (510) 637-3724
7       email: Jennifer.Tolkoff@usdoj.gov

8  Attorneys for United States of America

9
                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,           )  CASE NO. CR 15-00218 HSG
                                       )
14       Plaintiff,                    )  **STIPULATION AND [PROPOSED] ORDER TO
                                       )  CHANGE STATUS CONFERENCE
15       v.                            )  SCHEDULED FOR JUNE 22, 2015 TO CHANGE
                                       )  OF PLEA HEARING**
16 JOAQUIN CASTELLANOS-HERNANDEZ,      )
                                       )
17       Defendant.                    )
                                       )
18                                     )
                                       )
19

20       IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS

21 CONFERENCE, presently scheduled at 9:30 a.m. on June 22, 2015, before the Honorable Haywood S.

22 Gilliam, be re-scheduled as a CHANGE OF PLEA HEARING.

23 ///

24 ///

25 ///

26 ///

27 //

28
   STIP. REQ. AND [PROPOSED] ORDER TO
   CHANGE STATUS CONFERENCE SCHEDULED
   FOR JUNE 22, 2015 TO CHANGE OF PLEA HEARING
   CASE NO. CR 15-00218 HSG

Mr. Castellanos-Hernandez has indicated that he is prepared to accept the government's plea offer.

DATED: June 17, 2015                           Respectfully submitted,

                                               MELINDA HAAG
                                               United States Attorney

_____/s/_____            _____/s/_____
NED SMOCK                            JENNIFER A. TOLKOFF
Federal Public Defender              Special Assistant United States Attorney
Attorney for Defendant

## ORDER

Based on the reason provided in the stipulation of the parties above, and with the consent of both parties, the Court orders that Case Number CR 15-00218 HSG be set for a CHANGE OF PLEA HEARING on June 22, 2015 at 9:30 a.m.

IT IS SO ORDERED.

DATED: June 18, 2015                  _____
                                      HONORABLE HAYWOOD S. GILLIAM, JR.
                                      United States District Judge

STIP. REQ. AND [~~PROPOSED~~] ORDER TO
CHANGE STATUS CONFERENCE SCHEDULED
FOR JUNE 22, 2015 TO CHANGE OF PLEA HEARING
CASE NO. CR 15-00218 HSG